**No. 58900.**—John L. Westland & Son, Inc. *v.* United States, protest 234177–K (Los Angeles).

Opinion by JOHNSON, J. At the trial, it was stipulated that if the merchandise were now before the examiner, he would classify it as plates, 7⅝ inches in diameter, over $3.45 per dozen, dutiable, as claimed, under paragraph 212, as amended, *supra.* In view of the stipulation and following Abstract 58716, the claim of the plaintiff was sustained.

**No. 58901.**—George Beurhaus & Co. and Hoyt, Shepston & Sciaroni *v.* United States, protests 240061–K and 239989–K (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of pumpkin seed kernels the same in all material respects as those the subject of *George Beurhaus Co.* and *Hoyt, Shepston & Sciaroni* v. *United States* (32 Cust. Ct. 269, C. D. 1612), the claim of the plaintiffs was sustained.

**No. 58902.**—Carole Stupell, Ltd. *v.* United States, protests 166979–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.